IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MARIA FOUNTAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 114-127 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed. (Doc. no. 94.) Plaintiff does not offer any new information, evidence, or argument that warrants a deviation from the Magistrate Judge's recommendation. Accordingly, the Court **OVERRULES** Plaintiff's objections; **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion; **GRANTS** Defendant's Motion for Sanctions (doc. no. 72); **DENIES AS MOOT** Plaintiff's first motion to compel discovery of electronically stored information (doc. no. 70), motion for reconsideration (doc. no. 73), motion to stay for medical reasons (doc. no. 74), and second motion to compel discovery of electronically stored information (doc. no. 86); **GRANTS** Defendant's request for $162.39 in attorney's

fees; **DISMISSES** this case; and **CLOSES** this civil action.

SO ORDERED this 31st day of January, 2017, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA