FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 JUL 24 PM 4: 20
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| MARIA FOUNTAIN, | ) |
| Plaintiff-Appellant, | ) |
| v. | ) Case No. CV 114-127 |
| UNITED STATES OF AMERICA, | ) Appeal No. 17-11430-AA |
| Defendant - Appellee, | ) |
| JOHN M. MCHUGH, et al., | ) |
| Defendants. | ) |

## O R D E R

The judgment in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

**SO ORDERED**, this _24th_ day of July, 2018.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA